# Attachment to the Order of Detention Pending Trial

The Court makes the following findings of fact in support of its Order of Detention Pending Trial for Angel Figueroa a/k/a PIYI:

The defendant has been charged with a serious drug offense involving over 400 packets of heroin, 2 firearms, and crack cocaine. Given the nature of the offense, the defendant faces a significant sentence. The defendant was on probation for possession of heroin at the time he committed the instant offense, and there is an outstanding bench warrant for his arrest for an alleged violation of this term of probation. The defendant has no verifiable employment. Based upon these findings, the Court concludes that (1) the defendant poses a danger to community; (2) there is a risk that the defendant will flee; and, (3) the defendant has demonstrated that he cannot abide by conditions of release.